```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 15 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SEAN WILLIAMS,

       Plaintiff,

   -v-

THE CITY OF NEW YORK; P.O. MICHELLE
BATISTA, Shield No. 15578, Individually and
in her Official Capacity; and P.O. LORENZO
COLANGELO, Shield No. 15640, Individually
and in his Official Capacity,

       Defendants.

-----------------------------------------------------------X

No. 13-CV-7702 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  For the reasons stated on the record at the conference with the parties on June 11, 2015, Plaintiff stipulated to the dismissal of the state law malicious prosecution claim. Since that was the only remaining claim against the City of New York, the City of New York is dismissed for the same reasons.

SO ORDERED.

Dated:  June 15, 2015
     New York, New York

                   _____
                   Ronnie Abrams
                   United States District Judge